# EXHIBIT 1

|    | Plaintiff | Cause No. |
|----|-----------|-----------|
| 1  | Abeyta, Erica L | 1:24-cv-00339 |
| 2  | Acosta, Vilma | 1:24-cv-00351 |
| 3  | Aguilar, Martha | 1:21-cv-05180 |
| 4  | Allen, Brandon | 1:21-cv-04522 |
| 5  | Amos, Sarah | 1:21-cv-04199 |
| 6  | Ayala, Champagne | 1:22-cv-02876 |
| 7  | Bainguel, Kimberly | 1:22-cv-02696 |
| 8  | Barbecho, Maira Alexander | 1:23-cv-05822 |
| 9  | Barnes, Rianne | 1:21-cv-01700 |
| 10 | Barone, Danielle | 1:23-cv-01666 |
| 11 | Bartram, Stephanie | 1:21-cv-03635 |
| 12 | Bennett, Amber M | 1:23-cv-01648 |
| 13 | Benson, Naomi N | 1:23-cv-01704 |
| 14 | Berry, Tracy L | 1:23-cv-01713 |
| 15 | Bogle, Rebecca | 1:21-cv-04203 |
| 16 | Botez, Anca | 1:22-cv-00056 |
| 17 | Bounds, Valerie | 1:22-cv-02537 |
| 18 | Boyd, Erin Victoria | 1:22-cv-02679 |
| 19 | Bradford, Sonia | 1:23-cv-02405 |
| 20 | Broedel, Antoinette | 1:21-cv-02922 |
| 21 | Brooks, Nicole T | 1:23-cv-01707 |
| 22 | Brown, Devin | 1:21-cv-02537 |
| 23 | Brown, Ebonee D | 1:21-cv-02920 |
| 24 | Brown, Virona | 1:24-cv-00039 |
| 25 | Burns-Rincon, Tamara | 1:22-cv-04757 |
| 26 | Bustamante, Sandra | 1:24-cv-00330 |
| 27 | Carson, Nateshia | 1:23-cv-01705 |
| 28 | Cascadden, Lindsey | 1:21-cv-05120 |
| 29 | Child, Alice D | 1:22-cv-04986 |
| 30 | Christiansen, Christina | 1:21-cv-00206 |
| 31 | Clayton, Tonya | 1:21-cv-03382 |
| 32 | Copeland, Kathlene P | 1:23-cv-03474 |
| 33 | Couce, Maria | 1:22-cv-01243 |
| 34 | Craig, Kristy K | 1:21-cv-03391 |
| 35 | Cruz, Erika | 1:21-cv-03425 |
| 36 | Cruz, Julieta | 1:22-cv-02213 |

| 37 | Cunningham, Conjetta | 1:22-cv-00432 |
| --- | --- | --- |
| 38 | Cunningham, Mariam | 1:21-cv-02725 |
| 39 | Cutts, Hannah | 1:22-cv-04130 |
| 40 | Dawson, Dawn | 1:21-cv-02930 |
| 41 | Del Campo, Jossie | 1:21-cv-00199 |
| 42 | Del Rosario, Stephane | 1:21-cv-01793 |
| 43 | Deleon, Denisse | 1:21-cv-02987 |
| 44 | DeSelms, Carrie | 1:21-cv-00111 |
| 45 | Diehl, Carrie | 1:21-cv-00398 |
| 46 | Dore, Albertine | 1:21-cv-02035 |
| 47 | Dressen, Jennifer | 1:22-cv-04651 |
| 48 | Ebaben, Louisa | 1:21-cv-00399 |
| 49 | Edwards, Lydia L | 1:21-cv-03438 |
| 50 | Epstein, Lauren | 1:21-cv-03948 |
| 51 | Foley, Kerissia | 1:22-cv-00492 |
| 52 | Fox, Heather | 1:22-cv-00499 |
| 53 | Garrison-Stewart, Sheina | 1:22-cv-01028 |
| 54 | Gomez, Maria E | 1:21-cv-04907 |
| 55 | Hada, Katharine | 1:21-cv-02599 |
| 56 | Hadley, Whitney | 1:22-cv-01029 |
| 57 | Haring, Sarah | 1:22-cv-01660 |
| 58 | Hartline, Jerrica J. | 1:21-cv-04548 |
| 59 | Horton, Jennifer | 1:21-cv-02435 |
| 60 | Jedlicka, Camille | 1:22-cv-02606 |
| 61 | Jemiolo, Patricia | 1:22-cv-00464 |
| 62 | Jimenez, Yolanda | 1:21-cv-05004 |
| 63 | Johnston, Vanessa | 1:22-cv-00442 |
| 64 | Joyner, Caley | 1:21-cv-01708 |
| 65 | Knowles, Krista D | 1:22-cv-02965 |
| 66 | Lenart, Loriann | 1:21-cv-02423 |
| 67 | Little, Bettina | 1:21-cv-05007 |
| 68 | Little, Cheniqua | 1:21-cv-02693 |
| 69 | Liza, Marissa | 1:21-cv-02686 |
| 70 | Love, Jill | 1:21-cv-04989 |
| 71 | Lusk, Christi | 1:21-cv-04222 |
| 72 | Motter, Georgia | 1:21-cv-04045 |
| 73 | Schmehl, Sophie | 1:22-cv-00887 |
| 74 | Sosa, Magdelyn | 1:22-cv-02614 |
| 75 | Tjhin Lin, Siska | 1:22-cv-03610 |

| 76 | White, Marsha       | 1:22-cv-01564 |
| 77 | Williams, Brandi    | 1:21-cv-02918 |
| 78 | Wilson, Traci       | 1:21-cv-04061 |
| 79 | Worthington, Chelsea | 1:21-cv-04033 |

3